IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE PEREZ-QUIRZOLA<br>2) ENRIQUE ARISMENDI-VELEZ<br>3) JEFFREY DUCOT-SOTO<br>4) DANIEL LEBRON-TORRES<br>5) **MANUEL VELEZ-AVILES**<br>6) ERNIE VARGAS-ROSA<br>Defendants | CRIMINAL 06-0116CCC |

**O R D E R**

Having considered the Report and Recommendation filed on June 8, 2007 **(docket entry 193)** on a Rule 11 proceeding of defendant Manuel Velez-Aviles held before Magistrate Judge Marcos E. Lopez on June 7, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Manuel Velez-Aviles is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 7, 2007. The **sentencing hearing is set for September 12, 2007 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 19, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge